**No. 40669.**—Petition 5751-R of Howard Bros. Mfg. Co. (Boston).

Opinion by DALLINGER, J. It appeared that the jacks were originally appraised as entered and that as a result of an appeal filed by the collector the appraised value was advanced 5 percent over the entered value. It was found that the petitioner acted in entire good faith. As there was no intention to defraud the revenue the petition was granted.

BEFORE THE THIRD DIVISION, FEBRUARY 21, 1939

**No. 40670.**—Protest 771926-G/83117 of W. E. Browne Decorating Co. (Chicago).

Opinion by CLINE, J. The evidence established that the furniture is artistic and that it was produced prior to the year 1830. It was found, however, that the record fails to show strict compliance with article 450 (c), Customs Regulations of 1931, as amended in T. D. 46622, the name and address of the person from whom the articles were acquired being missing. On the authority of *Laughlin* v. *United States* (T. D. 47509) the protest was overruled.

FEBRUARY 16, 1939

**No. 40671.**——Protest 894226-G of M. Minami & Co., Inc. C. D. 72. Motion of Government for rehearing denied.

FEBRUARY 16, 1939

**No. 40672.**—SUIT 4156.——*United States* v. *Fred. Gretsch Mfg. Co., Inc.* T. D. 49314 reversed.

BEFORE THE SECOND DIVISION, FEBRUARY 23, 1939

**No. 40673.**—Protest 936937-G of General Concessions Corporation (Cleveland).

Opinion by KINCHELOE, J. The protest was submitted on the record in another case, the decision in which was reported in Abstract 40230. Following that decision the court overruled the protest.